PEOPLE V RAPHAEL CAMPBELL, No. 152301; Court of Appeals No. 320557. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals opinion stating that the defendant was not entitled to raise a claim of ineffective assistance of appellate counsel. Because defendant's motion for a new trial was filed during his appeal by right, he was entitled to counsel during the proceeding and entitled to raise a claim of ineffective assistance of counsel on appeal. *Douglas v California*, 372 US 353; 83 S Ct 814; 9 L Ed 2d 811 (1963). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

PEOPLE V BRYANT, No. 152443; Court of Appeals No. 328512. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted of the defendant's issue regarding the propriety of the Wayne Circuit Court's restitution award in light of *People v McKinley*, 496 Mich 410 (2014). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

*Leave to Appeal Granted April 6, 2016:*